UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS EDUARDO LOPEZ,

    Plaintiff,

v.                            Case No: 2:17-cv-12-FtM-99MRM

HENDRY COUNTY SHERIFF'S
DEPARTMENT, HENDRY COUNTY
DETENTION FACILITY, REYES,
DANIEL SNOW, C. LAWRENCE,
LUCY LARKINS, FNU WELSH, FNU
HUDSON and TAYLOR THE
CORRECTIONAL,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on the Court's Order to Amend the Amended Complaint (Doc. #29) filed on July 28, 2017. In the Court's July 28, 2017 Order, Plaintiff was directed to file a second amended complaint on or before August 29, 2017, or have his case dismissed. To date the Plaintiff has failed to comply with the Court's directive and file a second amended complaint. As such, the Plaintiff's case is due to be dismissed.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Plaintiff's case is hereby **DISMISSED without prejudice**. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of September, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:

Carlos Eduardo Lopez
All Counsel Parties of Record
SA: FtMP-2